

# U.S. District Court

## California Northern - San Jose

Receipt Date: May 7, 2025 1:59PM

Zhaocheng Anthony Tan

Rcpt. No: 511019435                Trans. Date: May 7, 2025 1:59PM                Cashier ID: #SC (6538)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment:  $405.00

Total Tendered:  $405.00

Total Cash Received:  $0.00

**Comments:** 5:25-cv-03980-VKD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.