AO 440 (Rev. 06/12) Summons in a Civil Action (FOIA)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN <br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF JUSTICE <br> *Defendant(s)* | Civil Action No. C 25 03980 VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zhaocheng Anthony Tan
105 N 1st St # 521
San Jose, CA 95106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
MARK B. BUSBY

Date: May 7, 2025

*Signature of Clerk or Deputy Clerk* — Steven Chilton