ZHAOCHENG ANTHONY TAN
tonytan@protonmail.com
105 N 1st St # 521
San Jose, CA 95106
Telephone: 415-340-2709

*Pro Se Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Case No. 25-cv-03980-VKD<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: May 8, 2025                                         Respectfully submitted,

                                                                                       */s/ Zhaocheng Anthony Tan*
                                                                                       ZHAOCHENG ANTHONY TAN
                                                                                       *Pro Se Plaintiff*

PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS