ZHAOCHENG ANTHONY TAN
tonytan@protonmail.com
105 N 1st St # 521
San Jose, CA 95106
Telephone: 415-340-2709

*Pro Se Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 25-cv-03980-VKD<br><br>**AFFIDAVIT OF SERVICE** |

I, Zhaocheng Anthony Tan, hereby declare that, pursuant to Federal Rule of Civil Procedure 4(i) and Civil L.R. 4-2, on May 7, 2025, I caused the following documents in the above-captioned case to be served:

- Conformed Summons;
- Complaint Under the Freedom of Information Act for Declaratory and Injunctive Relief;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Standing Orders for Magistrate Judge Virginia K. DeMarchi;
- Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement;
- Consent or Declination to Magistrate Judge Jurisdiction.

I caused the aforementioned documents to be served by certified mail, return receipt requested, at the following addresses:

| | |
|---|---|
| United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Civil Process Clerk<br>United States Attorney's Office for the<br>Northern District of California<br>450 Golden Gate Avenue, P.O. Box 36055<br>San Francisco, CA 94102 |

AFFIDAVIT OF SERVICE – PAGE 1

*See* Exhibit A. The United States Attorney's Office for the Northern District of California accepted service on May 8, 2025. *See* Exhibit B. The Attorney General of the United States accepted service on May 14, 2025. *See* Exhibit C. Defendant United States Department of Justice accepted service on May 14, 2025. *See* Exhibit D.

Dated: May 14, 2025                                              Respectfully submitted,

                                                                 */s/ Zhaocheng Anthony Tan*
                                                                 ZHAOCHENG ANTHONY TAN
                                                                 *Pro Se Plaintiff*

AFFIDAVIT OF SERVICE – PAGE 2

# Exhibit A



**CERTIFIED MAIL**

9589 0710 5270 1204 2899 60

**USPS PRIORITY MAIL**

U.S. POSTAGE PAID
PM
SAN JOSE, CA 95112
MAY 07, 2025
20530
$19.05
RDC 03
S2324E500180-17

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

**FROM:**

Zhaocheng Anthony Tan
105 N 1st St # 521
San Jose, CA 95106

**TO:**

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 4236 8121 9972 08

2. Article Number: 9589 0710 5270 1204 2899 60

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt





# Exhibit B

## USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701953075371

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:55 am on May 8, 2025 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room
SAN FRANCISCO, CA 94102
May 8, 2025, 11:55 am

### Out for Delivery

SAN FRANCISCO, CA 94102
May 8, 2025, 6:10 am

### Arrived at Post Office

SAN FRANCISCO, CA 94124
May 8, 2025, 5:28 am

### Arrived at USPS Facility

SAN FRANCISCO, CA 94124
May 8, 2025, 4:54 am

### Departed USPS Regional Facility

SAN FRANCISCO CA DISTRIBUTION CENTER
May 8, 2025, 4:42 am

### Arrived at USPS Regional Facility

Feedback

SAN FRANCISCO CA DISTRIBUTION CENTER
May 7, 2025, 11:29 pm

● Departed USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER
May 7, 2025, 10:25 pm

● Arrived at USPS Regional Origin Facility
SAN JOSE CA DISTRIBUTION CENTER
May 7, 2025, 8:37 pm

● Departed Post Office
SAN JOSE, CA 95112
May 7, 2025, 6:59 pm

● USPS in possession of item
SAN JOSE, CA 95112
May 7, 2025, 3:56 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                                    ⌄

**USPS Tracking Plus®**                                                                                      ⌄

**Product Information**                                                                                      ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940242368121997246 (/go/TrackConfirmAction?tLabels=9590940242368121997246) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

**See Less ⌃**

Track Another Package

9589071052701204289960

# Exhibit C

5/14/25, 10:43 PM                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052701953075265

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:09 am on May 14, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
May 14, 2025, 5:09 am

Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
May 13, 2025, 11:20 am

Arrived at Post Office
WASHINGTON, DC 20018
May 13, 2025, 9:20 am

Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
May 12, 2025, 6:37 pm

Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
May 12, 2025, 3:48 pm

In Transit to Next Facility

Feedback

May 12, 2025, 3:37 pm

- **Departed USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  May 12, 2025, 3:22 pm

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  May 12, 2025, 11:37 am

- **In Transit to Next Facility**
  May 12, 2025, 9:33 am

- **Departed USPS Regional Facility**
  QUEENS NY DISTRIBUTION CENTER
  May 12, 2025, 6:53 am

- **In Transit to Next Facility**
  May 11, 2025

- **Arrived at USPS Regional Facility**
  QUEENS NY DISTRIBUTION CENTER
  May 10, 2025, 11:58 pm

- **Departed USPS Regional Facility**
  JERSEY CITY NJ DISTRIBUTION CENTER
  May 10, 2025, 10:44 pm

- **Arrived at USPS Regional Facility**
  JERSEY CITY NJ DISTRIBUTION CENTER
  May 10, 2025, 11:36 am

- **In Transit to Next Facility**
  May 9, 2025, 5:48 pm

- **In Transit to Next Facility**
  May 8, 2025, 10:59 pm

- **Departed USPS Regional Facility**
  SAN JOSE CA DISTRIBUTION CENTER
  May 8, 2025, 3:31 am

- **Arrived at USPS Regional Origin Facility**

SAN JOSE CA DISTRIBUTION CENTER
May 7, 2025, 8:38 pm

Departed Post Office
SAN JOSE, CA 95112
May 7, 2025, 6:59 pm

USPS in possession of item
SAN JOSE, CA 95112
May 7, 2025, 3:54 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940242368121997215 |
|  | Up to $100 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction?tLabels=9590940242368121997215) |

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

# Exhibit D

# USPS Tracking®

FAQs >

Tracking Number:                                                                    Remove ✕

## 9589071052701204289960

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:09 am on May 14, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
May 14, 2025, 5:09 am

### Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20530
May 13, 2025, 11:20 am

### Arrived at Post Office

WASHINGTON, DC 20018
May 13, 2025, 9:20 am

### Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
May 12, 2025, 6:37 pm

### Arrived at USPS Regional Facility

WASHINGTON DC DISTRIBUTION CENTER
May 12, 2025, 3:48 pm

### In Transit to Next Facility

May 12, 2025, 3:37 pm

- **Departed USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  May 12, 2025, 3:22 pm

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  May 12, 2025, 11:37 am

- **In Transit to Next Facility**
  May 12, 2025, 9:33 am

- **Departed USPS Regional Facility**
  QUEENS NY DISTRIBUTION CENTER
  May 12, 2025, 6:53 am

- **In Transit to Next Facility**
  May 11, 2025

- **Arrived at USPS Regional Facility**
  QUEENS NY DISTRIBUTION CENTER
  May 10, 2025, 11:58 pm

- **Departed USPS Regional Facility**
  JERSEY CITY NJ DISTRIBUTION CENTER
  May 10, 2025, 10:44 pm

- **Arrived at USPS Regional Facility**
  JERSEY CITY NJ DISTRIBUTION CENTER
  May 10, 2025, 11:36 am

- **In Transit to Next Facility**
  May 9, 2025, 5:48 pm

- **In Transit to Next Facility**
  May 8, 2025, 10:59 pm

- **Departed USPS Regional Facility**
  SAN JOSE CA DISTRIBUTION CENTER
  May 8, 2025, 3:31 am

- **Arrived at USPS Regional Origin Facility**

- SAN JOSE CA DISTRIBUTION CENTER
  May 7, 2025, 8:38 pm

- Departed Post Office
  SAN JOSE, CA 95112
  May 7, 2025, 6:59 pm

- USPS in possession of item
  SAN JOSE, CA 95112
  May 7, 2025, 3:55 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940242368121997208 |
| | Up to $100 insurance included. Restrictions Apply | (/go/TrackConfirmAction?tLabels=9590940242368121997208) |

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.