ZHAOCHENG ANTHONY TAN
tonytan@protonmail.com
105 N 1st St # 521
San Jose, CA 95106
Telephone: 415-340-2709

*Pro Se Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN, | Case No. 25-cv-03980-VKD |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

I, Ebin B. Hirschman, hereby declare the following:

1. On May 16, 2025, I caused the following documents in the above-captioned case to be served:

    • Conformed Summons;

    • Complaint Under the Freedom of Information Act for Declaratory and Injunctive Relief;

    • Order Setting Initial Case Management Conference and ADR Deadlines;

    • Standing Orders for Magistrate Judge Virginia K. DeMarchi;

    • Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement;

    • Consent or Declination to Magistrate Judge Jurisdiction.

2. I caused the aforementioned documents to be served by certified mail, return receipt requested, at the following addresses:

    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

AFFIDAVIT OF SERVICE – CASE NO. 25-CV-03980-VKD – PAGE 1

1    Civil Process Clerk
     United States Attorney's Office for the
2    Northern District of California
     450 Golden Gate Avenue, P.O. Box 36055
3    San Francisco, CA 94102

4        *See* Exhibit A.

5    3.  I reside in the County of Norfolk, State of Massachusetts. At the time of service, I was over 18 years of age

6        and not a party to this action, and I was present in the County of Santa Clara, State of California.

7    4.  I declare under penalty of perjury that this information is true.

8    Dated: May 16, 2025                                Respectfully submitted,

9

10                                                      _____
                                                        EBIN B. HIRSCHMAN
11                                                      Telephone: 702-882-3224

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF SERVICE – CASE NO. 25-CV-03980-VKD – PAGE 2

# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20530

Certified Mail Fee   $4.85
$                              $4.10        20
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $10.04
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $0.00
☐ Adult Signature Restricted Delivery $
Postage       $10.10
$
Total Postage and Fees
$

Sent To
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Street and Apt.

City, State, ZIP

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

San Francisco, CA 94102

Certified Mail Fee   $4.85
$                              $4.10        20
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $0.10
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required            $0.00
☐ Adult Signature Restricted Delivery $
Postage       $10.10
$
Total Postage and Fees
$19.05                                    05/16/2025

Sent To
    Civil Process Clerk
    United States Attorney's Office for the
    Northern District of California
    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, CA 94102

Street and Apt. No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20530

Certified Mail Fee   $4.85
$                              $4.10        20
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $0.00
☐ Return Receipt (electronic)         $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required            $0.00
☐ Adult Signature Restricted Delivery $
Postage       $10.10
$
Total Postage and Fees
$17.05                                    05/16/2025

Sent To
    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Street and Apt.

City, State, ZIP+

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

 

Retail



U.S. POSTAGE PAID
PM
SAN JOSE, CA 95112
MAY 16, 2025

20530          **$19.05**

RDC 03          S2324E500180-20


UNITED STATES POSTAL SERVICE®  |  **PRIORITY® MAIL**

**FROM:**

Ebin B. Hirschman
C/O Zhaocheng Anthony Tan
105 N 1st St # 521
San Jose, CA 95106

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 4236 8121 9972 39

2. Article Number (Transfer from service label)

9589 0710 5270 1204 2754 06

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**TO:**

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


USPS.COM/PICKUP

TRACKED • INSURED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**


9589 0710 5270 1204 2754 06


PAPER POUCH

F October 2023
2 1/2 x 9 1/2




This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**SEND YOUR MAIL**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102

9590 9402 4919 9032 0221 77

2. Article Number (Transfer from service label)

9589 0710 5270 1204 2754 13

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Retail**




U.S. POSTAGE PAID
PM
SAN JOSE, CA 95112
MAY 16, 2025

94102

$19.05

S2324E500180-20

RDC 03

FROM:

Ebin B. Hirschman
C/O Zhaocheng Anthony Tan
105 N 1st St # 521
San Jose, CA 95106

TO:

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue, P.O. Box 36055
San Francisco, CA 94102

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



**TRACKED ■ INSURED**



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 1204 2754 13

EP14F October 2023
2 1/2 x 9 1/2

Betty White
Coming Soon

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

©2025 United States Postal Service.® All rights reserved. Please recycle. Stamp Countermat PH25-CCZ-CM-2114

SEND YOUR MAIL

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL


FSC
MIX
FSC® C116016


PAPER
POUCH

Retail


UNITED STATES
POSTAL SERVICE®

20530

RDC 03

U.S. POSTAGE PAID
PM
SAN JOSE, CA 95112
MAY 16, 2025

$19.05

S2324E500180-20



UNITED STATES
POSTAL SERVICE®          |          PRIORITY®
MAIL

■ Expected delivery date specified for domestic use.

FROM:

Ebin B. Hirschman
C/O Zhaocheng Anthony Tan
105 N 1st St # 521
San Jose, CA 95106

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



9590 9402 4236 8121 9972 22

9589 0710 5270 1953 0753 64

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

TO:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

TRACKED ■ INSURED

USPS.COM/PICKUP

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



9589 0710 5270 1953 0753 64

EP14F October 2023
12 1/2 x 9 1/2


PAPER
POUCH

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



DOWN
6/21/25

25 United States Postal S.

on any returned checks. Please note the following:
■ A fee of $30 will be assessed for all returned checks.
■ Checks that are returned as Non-Sufficient Funds