United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.  25-cv-03980-VKD<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

Defendant's request to continue the initial case management conference is granted.  The case management conference is continued to **October 28, 2025, 1:30 p.m.**  The parties shall file an updated case management statement by **October 21, 2025**.  No other dates will be set at this time.

**IT IS SO ORDERED.**

Dated: August 7, 2025

Virginia K. DeMarchi
United States Magistrate Judge